**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**CHARLES TORNS, JR., #32205**                                       **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 3:09-cv-288-TSL-JCS**

**UNITED STATES CONGRESS, et al.**                              **DEFENDANTS**

<u>FINAL JUDGMENT</u>

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the order denying *in forma pauperis* status and dismissing case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 14th day of May, 2009.

                                       /s/Tom S. Lee
                                       UNITED STATES DISTRICT JUDGE